Anthony Klemmas, Administrator, etc., v. The New York Central and Hudson River Railroad

80 603
151a 637

Company.— Motion for reargument denied. No opinion.